UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BARBARA GAIL BROWN**   **CIVIL ACTION**

**VERSUS**   **NO. 10-0023**

**SOCIAL SECURITY ADMINISTRATION**   **SECTION: "B"(1)**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that judgment be entered in favor of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, and against the plaintiff, Barbara Gail Brown, dismissing plaintiff's petition without prejudice.

New Orleans, Louisiana, this 7th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE